IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JASON T CLEMENTS               Case No: 12-51152
DEBORA L CLEMENTS
661 E ROYAL FOREST BLVD               Chapter 13
COLUMBUS, OH  43214

                                      Judge: John E. Hoffman Jr.

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The above case having been COMPLETED on October 29, 2015. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements. A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form. The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order. The form can be viewed on the Trustee's website at www.13network.com.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JASON T CLEMENTS
      DEBORA L CLEMENTS
      661 E ROYAL FOREST BLVD
      COLUMBUS, OH  43214

Case No: 12-51152

Chapter 13

Judge: John E. Hoffman Jr.

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY

The Case was commenced on February 16, 2012.
The plan was confirmed on April 18, 2012.
The Case was concluded on October 29, 2015.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:    91,698.56

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 1.23%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| ASSET ACCEPTANCE LLC<br>00009     UNSECURED | 36.35 | 36.35 | 0.00 | 0.00 |
| Asset Acceptance LLC<br>00005     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA<br>00001     MORTGAGE | Continuing | 54,578.22 | 0.00 | 0.00 |
| BANK OF AMERICA<br>00002     PRE-PET MTG ARREARS | 24,405.65 | 24,405.65 | 0.00 | 0.00 |
| Chase<br>00007     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CHRISTOPHER J SPIROFF ESQ<br>00019     ADDITIONAL ATTORNEY FEES | 63.79 | 63.79 | 0.00 | 0.00 |
| DEBORA L CLEMENTS<br>00000     DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| Ffcc-Columbus Inc<br>00008     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| HSBC Bank<br>00011     UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC<br>00010     UNSECURED | 15.72 | 15.72 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE<br>00018     UNSECURED | 1.61 | 1.61 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE<br>00003     SECURED | 702.09 | 702.09 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE<br>00004     PRIORITY | 3,828.36 | 3,828.36 | 0.00 | 0.00 |

### CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 12-51152   JASON T CLEMENTS and DEBORA L CLEMENTS

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| JASON T CLEMENTS 00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| JASON T CLEMENTS 00000    DEBTOR REFUND | 1,192.44 | 1,192.44 | 0.00 | 0.00 |
| JS & ASSOCIATES APPRAISAL SVCS 00017    APPRAISER | 175.00 | 175.00 | 0.00 | 0.00 |
| OHIO ATTORNEY GENERAL STATE OF OHIO 00020    PRIORITY | 2,414.19 | 2,414.19 | 0.00 | 0.00 |
| OHIO ATTORNEY GENERAL STATE OF OHIO 00021    UNSECURED | 79.80 | 79.80 | 0.00 | 0.00 |
| Pharia LLC 00006    UNSECURED | 6.32 | 6.32 | 0.00 | 0.00 |
| Physicians Credit Bure 00013    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Physicians Credit Bure 00012    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for 00015    UNSECURED | 103.64 | 103.64 | 0.00 | 0.00 |
| SALLIE MAE INC 00014    UNSECURED | 88.05 | 88.05 | 0.00 | 0.00 |
| Webbank/Dfs 00016    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Previously refunded during pendency of case | 1,192.44 | 1,192.44 | | |
| Debtor refund to be issued upon the approval of the Final Report and Account | 987.05 | 987.05 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 25,171.53 | 6,242.55 | 27,016.86 | 0.00 | 2,179.49 | 60,610.43 |
| PRIN PAID | 25,171.53 | 6,242.55 | 331.49 | 54,578.22 | 2,179.49 | 88,503.28 |
| INT PAID | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| | | | | | TOTAL PAID: | 88,503.28 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY CHRISTOPHER J SPIROFF ESQ | ALLOWED 500.00 | TOTAL PAID 500.00 |
|---|---|---|

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 3,707.17 | 0.00 | 5.55 | 3,712.72 |

Dated: 11/12/2015                                                     /s/ Faye D. English

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 12-51152   JASON T CLEMENTS and DEBORA L CLEMENTS

FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JASON T CLEMENTS                                             Case No: 12-51152
       DEBORA L CLEMENTS
       661 E ROYAL FOREST BLVD                              Chapter 13
       COLUMBUS, OH  43214

                                                                                       Judge: John E. Hoffman Jr.

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

                                                                                        /s/ Faye D. English
                                                                                        FAYE D. ENGLISH TRUSTEE
                                                                                        CHAPTER 13 TRUSTEE
                                                                                        ONE COLUMBUS
                                                                                        10 WEST BROAD ST., SUITE 900
                                                                                        COLUMBUS, OH  43215-3449
                                                                                        (614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JASON T CLEMENTS  
     DEBORA L CLEMENTS  
     661 E ROYAL FOREST BLVD  
     COLUMBUS, OH  43214

Case No: 12-51152

Chapter 13

Judge: John E. Hoffman Jr.

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Chapter 13 Trustee's Certification of Final Payment and Case History was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 11/12/2015

/s/ Faye D English  
Electronically signed by  
Faye D English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee  
Faye D English, Chapter 13 Trustee  
, Attorney for Debtor

By ordinary U.S. Mail addressed to:

**Plus all parties on the attached Creditor Matrix**

Page 1 of 3     1251152

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 12-51152    JASON T CLEMENTS and DEBORA L CLEMENTS

Creditor Matrix for Case Number 12-51152

| Creditor Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Bank of America, NA | | | | 000000000 |
| InSolve Recovery, LLC | PO Box 269093 | Oklahoma City | OK | 731269093 |
| JS & Associates Appraisal Services, LLC | P.O. Box 29637 | Columbus | OH | 432290637 |
| Ohio Department of Taxation | | | | 000000000 |
| Quantum3 Group LLC | MOMA Funding LLC PO Box 788 | Kirkland | WA | 980830788 |
| Asset Acceptance LLC | Po Box 2036 | Warren | MI | 480900000 |
| Asset Acceptance Llc | Po Box 1630 | Warren | MI | 480900000 |
| Asst US Trustee (Col) | Office of the US Trustee 170 North High Street | Columbus | OH | 432150000 |
| Bank of America, N.A. | 450 American Street | Simi Valley | CA | 930650000 |
| Bank of America, NA | Bankruptcy Department Mail Stop CA6-919-01-23 | Simi Valley | CA | 930650000 |
| Cap One | Po Box 85520 | Richmond | VA | 232850000 |
| Chase | Po Box 15298 | Wilmington | DE | 198500000 |
| Ffcc-Columbus Inc | 1550 Old Henderson Rd St | Columbus | OH | 432200000 |
| Fifth Third Bank | 5050 Kingsley Dr | Cincinnati | OH | 452270000 |
| GE Capital Retail Bank | Attn: Bankruptcy Department PO Box 960061 | Orlando | FL | 328960661 |
| Gecrb/American Residnt | Po Box 981439 | El Paso | TX | 799980000 |
| Hsbc Bank | Po Box 5253 | Carol Stream | IL | 601970000 |
| InSolve Recovery LLC by American InfoSource | PO Box 269093 | Oklahoma City | OK | 731269093 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 12-51152 JASON T CLEMENTS and DEBORA L CLEMENTS

| | | | | |
|---|---|---|---|---|
| Internal Revenue Service | P.O. Box 7346 | Philadelphia | PA | 191017346 |
| Julia E. Steelman, Esq. | Lerner Sampson & Rothfuss P.O. Box 5480 | Cincinnati | OH | 452015480 |
| Ohio Department of Taxation | Bankruptcy Division P.O. Box 530 | Columbus | OH | 432160000 |
| PHARIA L.L.C. | C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 | SEATTLE | WA | 981210000 |
| Physicians Credit Bure | 5500 New Albany Rd Ste 2 | Westerville | OH | 430820000 |
| Quantum3 Group LLC as agent for | MOMA Funding LLC PO Box 788 | Kirkland | WA | 980830788 |
| Sallie Mae | Po Box 9500 | Wilkes Barre | PA | 187730000 |
| Sallie Mae | c/o Sallie Mae Inc. 220 Lasley Ave | Wilkes-Barre | PA | 187060000 |
| TARGET NATIONAL BANK | C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 | SEATTLE | WA | 981210000 |
| Target Nb | Po Box 673 | Minneapolis | MN | 554400000 |
| U. S. Attorney | 303 Marconi Blvd. Suite 200 | Columbus | OH | 432150000 |
| U.S. Attorney | 303 Marconi Blvd. Suite 200 | Columbus | OH | 432150000 |
| Webbank/Dfs | 1 Dell Way | Round Rock | TX | 786820000 |
| Christopher John Spiroff | Spiroff Law Office 1180 South High Street | Columbus | OH | 432060000 |
| Debora L. Clements | 661 East Royal Forest Blvd. | Columbus | OH | 432140000 |
| Faye D. English | Chapter 13 Trustee 10 West Broad Street | Columbus | OH | 432153449 |
| Jason T. Clements | 661 East Royal Forest Blvd. | Columbus | OH | 432140000 |